IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **SYMBOLGY INNOVATIONS, LLC,**<br><br>    *Plaintiff,*<br>v.<br><br>**DELTA AIR LINES, INC.**<br><br>    *Defendant.* | **CIVIL ACTION NO.**<br>**3:24-cv-00081**<br><br>**JURY TRIAL DEMANDED** |

## DELTA AIR LINES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

  Defendant Delta Air Lines, Inc. ("Defendant" or "Delta") hereby files this unopposed motion to request a forty-five (45) day extension of the deadline to answer or otherwise respond to the Complaint. Good cause for the requested extension exists as counsel has recently been retained and additional time is needed to evaluate the claims and asserted patents. Accordingly, Defendant requests that the Court extend the deadline to answer or otherwise respond to the Complaint from February 23, 2024 to April 1, 2024. A proposed order is attached.

### Certificate of Conference

  I certify that Stephen Baskin of King & Spalding, LLP, counsel representing Defendant Delta Air Lines, Inc. conferred with Randall Garteiser, counsel representing Plaintiff Symbology Innovations, LLC on February 4, 2024 and counsel for Plaintiff agreed to Defendant's request for a 45-day extension to answer or otherwise respond to the complaint.

DATED: February 8, 2024

           Respectfully submitted,

           */s/ Jeffrey D. Mills*
           JEFFREY D. MILLS
           jmills@kslaw.com
           **KING & SPALDING LLP**
           500 W. 2nd Street, Suite 1800
           Austin, TX 78701
           Telephone: (512) 457-2027
           Telecopier: (202) 626-3737

        Stephen E. Baskin
        Jonathan Weinberg
        **KING & SPALDING LLP**
        1700 Pennsylvania Avenue, NW, Suite 200
        Washington, DC 20006
        Telephone: (202) 626-5578
        Facsimile: (202) 626-3737
        ccampbell@kslaw.com
        plafferty@kslaw.com

        *Attorneys for Delta Air Lines*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, a copy of the foregoing was served electronically via the Court's ECF electronic mailing system to counsel of record.

        */s/ Jeffrey D. Mills*
        Jeffrey D. Mills